Peter Singh, Esq. (#183686)
**PETER SINGH & ASSOCIATES, P.C.**
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721

Attorney for: **MANJIT KAUR,** Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MANJIT KAUR,**<br><br>       **Plaintiff;**<br><br>    v.<br><br>**MICHAEL CHERTOFF, ET AL.,**<br>       **Defendants.** | Case No.: 1:06-CV-01670 - OWW - LJO<br><br>A No.: 72 176 837<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: January 12, 2007.        PETER SINGH & ASSOCIATES, P.C.


                                 /s/ Peter Singh
                                Peter Singh
                                Attorney for Plaintiff, Manjit Kaur

Dated: January 12, 2007.        U.S. ATTORNEY EASTERN
                                DISTRICT OF CALIFORNIA.


                                 /s/ Audrey B. Hemesath
                                Audrey B. Hemesath,
                                Attorney for Defendants.

1    It is so ordered

2 IT IS SO ORDERED.

3

4 **Dated:   January 17, 2007**                                    **/s/ Oliver W. Wanger**

5 emm0d6                                                          UNITED STATES DISTRICT JUDGE